## LAWLOR v. MAGNOLIA METAL CO.

(Supreme Court, Appellate Division, First Department. October 20, 1899.)

MOTION—DENIAL OF RENEWAL.
> Where a motion to require plaintiff to increase his undertaking on attachment is a renewal, without leave, of a motion which had been overruled four years before, it is properly denied.

Appeal from special term, New York county.

Action by James Lawlor against the Magnolia Metal Company. From an order denying defendant's motion to require plaintiff to increase his undertaking on attachment, defendant appeals. Affirmed.

Argued before VAN BRUNT, P. J., and RUMSEY, PATTERSON, O'BRIEN, and INGRAHAM, JJ.

Alexander S. Bacon, for appellant.
L. A. Gould, for respondent.

PER CURIAM. The learned judge was justified in denying motion, because it was a renewal of a motion without leave, which had been denied four years ago.

Order affirmed, with $10 costs and disbursements.